FILED

2020 MAR 26 AM 9:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.   PLAINTIFF | 20MJ01341 |
| Keith Middlebrook | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6:00  3/26/2020   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: ENGLISH

7. Year of Birth: 1967

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: YVETTE

10. Remarks (if any): N/A

11. Name: Madison MacDonald   (please print)

12. Office Phone Number: 310-996-3443

13. Agency: FBI

14. Signature: [signature]

15. Date: 3/26/20

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION