1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  _____ (Bar No. _____)
   E-Mail:
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 20 - MJ 1341 |
|---|---|
| Plaintiff, | |
| v. | **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |
| , | |
| Defendant. | |

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

/s/ Keith Middlebrook
(Defendant's signature)

Ijeoma Eke
(Attorney's name printed)

Date: 03/26/20   Time: 12PM

(Attorney's signature)