IJEOMA U. EKE
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA  90012
(213) 894-3107
Ijeoma_Eke@fd.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | MJ 20-1341-DUTY |
| KEITH LAWRENCE MIDDLEBROOK | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant KEITH LAWRENCE MIDDLEBROOK that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge CHARLES F. EICK _____ by order dated: March 27, 2020

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Martha Middlebrook has executed an affidavit of surety without justification for an unsecured bond of $100,000. She has also been working on executing the property bond of $50,000 but has been experiencing significant delays in light of the pandemic.

Relief sought *(be specific)*:

Mr. Middlebrook to be released pending the execution of the property bond with a status conference in sixty days for the Court to receive an update on the status of the property bond if it has not been filed.

Counsel for the defendant and plaintiff United States Government consulted on April 28, 2020 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on April 28, 2020.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| April 28, 2020 | /s/ Ijeoma U. Eke |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)