UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 20-mj-1341-DUTY-1 |
| Date | May 4, 2020 |

Present: The Honorable **John E. McDermott, United States Magistrate Judge**

Interpreter

| S. Lorenzo | | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| USA v. Middlebrook | | | | | | | |

Proceedings: **(IN CHAMBERS) ORDER RE APPLICATION FOR REVIEW/CONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (Dkt. No. 23)**

The Court grants the Government's request to continue the due date for its Opposition until **Wednesday May 6, 2020**.

cc: All Parties

                     : 
Initials of Deputy Clerk    slo