NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0756/2579
     Facsimile:  (213) 894-6265
     E-mail:     Valerie.makarewicz@usdoj.gov
                 James.Hughes2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-mj-1341 |
|---|---|
| Plaintiff, | ORDER STIPULATION RE: REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE |
| v. | |
| KEITH LAWRENCE MIDDLEBROOK, | |
| Defendant. | |

   Having considered the parties' stipulation, incorporated herein, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

   1. Defendant may be released before the filing of the Affidavit of Surety with Justification by Martha Middlebrook of the $50,000 bond secured by her real property.  Defendant can be released while Mrs. Middlebrook continues in her efforts to post this portion of defendant's bond.

   2. The Court amends its release order and bond form so that defendant is released to the Pretrial Services Agency, under

their supervision as directed by the Pretrial Services Agency, as enumerated in the release order and bond form, CR 10.

3. A status conference is ordered for July 3, 2020 at 10:00 a.m., for an update on defendant and his mother's attempts to post the secured portion of the bond in the amount of $50,000 by the deeding of Mrs. Middlebrook's property. If the bond has been posted by the date of the status conference set by the Court, no status conference is needed.

4. All other conditions of defendant's bond, as enumerated in CR 10, remain in effect, including the following:

   a. Defendant shall participate in a location monitoring program, called the Voice Verification System (Voice ID) as directed by the Pretrial Services Agency. Voice ID will monitor the defendant's location by phone using a biometric voiceprint that is verified during each check-in call. Notification calls from the system to the defendant established by the pretrial officer on both random or fixed schedules. Once defendant receives the notification call, he must call the Voice ID system from the authorized phone number.

**IT IS SO ORDERED.**

Dated: May 5, 2020

*Karen L. Stevenson*
HON. KAREN L. STEVENSON
United States Magistrate Judge